1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:   (818) 500-3200
5  Facsimile:   (818) 500-3201

6  Attorneys for Plaintiff
   Adobe Systems Incorporated
7

8  Denis Norton
   56 Schroback Road
9  Plymouth, Connecticut 06782

10 Defendant, *in pro se*

11                    UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

13 
   Adobe Systems Incorporated,            )   Case No. CV 08-1541 CW
14                                         )
                    Plaintiff,              )   STIPULATION TO EXTEND TIME TO
15        v.                                )   RESPOND TO COMPLAINT
                                            )   PURSUANT TO LOCAL RULE 6-1
16 Denis Norton and Does 1 – 10, inclusive, )
                                            )
17                  Defendants.             )
                                            )
18

19        PLAINTIFF, Adobe Systems Incorporated ("Adobe" or "Plaintiff") by and through its

20 counsel of record, Annie Wang, of J. Andrew Coombs, A P.C., and Defendant Denis Norton

21 ("Defendant"), *in pro se*, hereby stipulate and agree as follows:

22        WHEREAS the Complaint was filed in the above-captioned matter on or about March 20,

23 2008;

24        WHEREAS Plaintiff caused the Summons and Complaint to be served on Defendant on or

25 about May 15, 2008;

26        WHEREAS Defendant's time to respond to the Complaint was to initially occur on or about

27 
28 June 4, 2008;

Adobe v. Norton, et al.: Stip. to extend time 6-1            - 1 -

WHEREAS Adobe and Defendant are attempting to resolve the claims alleged in the Complaint herein;

WHEREAS providing Defendant additional time within which to move, plead or otherwise respond to the Complaint will enable the Parties to continue to engage in meaningful settlement discussions;

WHEREAS Defendant proposes to move, plead or otherwise respond to the Complaint in the event the Parties are unable to resolve this matter;

WHEREAS this Stipulation need not be approved by the Judge because the stipulation will not change or alter the day of any event or deadline already fixed by Court order pursuant to Local Rule 6-1; and

NOW, THEREFORE, Adobe and Defendant stipulate and agree that Defendant shall have through and until July 3, 2008, to respond to the Complaint.

DATED: May 28, 2008

J. Andrew Coombs, A Professional Corp.

_____
J. Andrew Coombs
Annie Wang
Attorneys for Plaintiff Adobe Systems Incorporated

DATED: May 28, 2008

Denis Norton

_____
Denis Norton
Defendant, *in pro se*

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On May 28, 2008, I served on the interested parties in this action with the:

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1

for the following civil action:

Adobe Systems Incorporated v. Denis Norton, et al.

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

Denis Norton
56 Schroback Road
Plymouth, Connecticut 06782

Place of Mailing: Glendale, California
Executed on May 28, 2008, at Glendale, California

_____
Katrina Bartolome